| **UNITED STATES BANKRUPTCY COURT**<br>District of Delaware | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Petroflow Energy Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>305517-5 (Industry Canada Corporation Number) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1401 17th Street, Suite 310<br>Denver, Colorado<br>ZIP CODE 80202 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Denver County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Petroflow Energy Ltd. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: None | Case Number: | Date Filed: |
| Location Where Filed: None | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Rider 1 | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

  _____
  (Name of landlord that obtained judgment)

  _____
  (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Petroflow Energy Ltd. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ Domenic Pacitti Signature of Attorney for Debtor(s) Domenic Pacitti Printed Name of Attorney for Debtor(s) Klehr Harrison Harvey Branzburg LLP Firm Name 919 Market Street, Suite 1000 Wilmington, Delaware 19801-3062 Address (302) 552-1189 Telephone Number 08/20/2010 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Richard Menchaca Signature of Authorized Individual Richard Menchaca Printed Name of Authorized Individual Chief Executive Officer Title of Authorized Individual 08/20/2010 Date | |

# Rider 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

In addition to the debtor, Petroflow Energy Ltd., the following affiliated debtors filed chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware:

- North American Petroleum Corporation USA, Case No. 10-11707 (CSS)
  (Filed: May 25, 2010) Bankruptcy Judge Christopher S. Sontchi

- Prize Petroleum LLC, Case No. Case No. 10-11708 (CSS)
  (Filed: May 25, 2010) Bankruptcy Judge Christopher S. Sontchi

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:  ) Chapter 11
 )
PETROFLOW ENERGY LTD.  ) Case No. 10-_____ (___)
 )
 )
Debtor.  )
 )

### Exhibit A to Voluntary Petition

1. **The Debtor was delisted from the American Stock Exchange as of June 2, 2010**. Prior to de-listing, The Debtor's securities were registered under Section 12 of the Securities Exchange Act of 1934. The SEC file number is 001-34100.

2. The following financial data is the latest available information and, unless otherwise indicated, is current as of December 31, 2009.

   a. Total assets (on a consolidated basis) $ $151,115,507

   b. Total debts (on a consolidated basis) $ $136,006,056

   c. Debt securities held by more than 500 holders.  N/A  Approximate number of holders

   d. Number of shares of preferred stock  None  None

   e. Number of shares of common stock[1]  29,549,894  2139

   Comments, if any: N/A

3. Brief description of the Debtor's business:

   The Debtor operates an independent exploration and production company that predominantly engages in unconventional well drilling operations for natural gas extraction in certain locations in Oklahoma.

4. List the name of any person who directly or indirectly owns, controls or holds, with power to vote, 5% or more of the voting securities of debtor:

| Title of Class of Shares | Name of Holder | Number of Shares | Percentage of Shares of Ownership |
|---|---|---|---|
| Common Stock | Steven J. Ibbotson | 5,297,843 | 17.93% |
| Common Stock | Gary J Ibbotson | 2,915,272 | 9.87% |

---

[1] This represents the number of shares of common stock as of September 30, 2009.

| Common Stock | Macon Resources Ltd. | 2,678,697 | 9.06% |
| Common Stock | Serendipitous Return Investment Corporation | 2,076,895 | 7.03% |

# RESOLUTIONS OF BOARD OF DIRECTORS OF

# PETROFLOW ENERGY LTD.

Effective as of this 25th day of May, 2010, the members constituting a majority of the votes of a quorum of the board of directors (collectively the "Board of Directors") of Petroflow Energy Ltd. (the "Company"), an Alberta corporation, acting pursuant to the Company's organizational documents, took the following actions and adopted the following resolutions:

>WHEREAS, the Board of Directors reviewed the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

>WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company;

I. **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

>NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Authorized Officers (as defined herein) file or cause to be filed a voluntary petition for the Company for relief (such voluntary petition, and the voluntary petitions to be filed by certain of the Company's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), unless a reasonable standstill as to the enforcement of remedies against the Company's assets (the "Standstill") has been received by the Company from the agent to the lenders (the "Lenders") under the Amended and Restated Credit Agreement, dated March 29, 2007 (as amended), and the Company has not received notice that such Standstill will be revoked or terminated by the Lenders;

RESOLVED FURTHER, that following are hereby appointed as officers of the Company's wholly-owned subsidiary, North American Petroleum Corporation USA ("NAPCUS"): (i) Richard Menchaca as Chief Executive Officer and President; (ii) Tucker Franciscus as Chief Financial Officer, and (iii) Louis Schott as Corporate Secretary, and they hereby are, authorized, empowered and directed to execute and file on behalf of the NAPCUS all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of NAPCUS's and its affiliates' businesses;

RESOLVED FURTHER that Richard Menchaca, Tucker Franciscus and Louis Schott (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP as general U.S. bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Klehr Harrison Harvey Branzburg LLP as Delaware bankruptcy counsel to represent and assist the Company in carrying out its duties under the U.S. Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Klehr Harrison Harvey Bransburg LLP;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Kinetic Advisors LLC as restructuring advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kinetic Advisors LLC;

RESOLVED FURTHER, that the Authorized Officers, and they hereby are, authorized and directed to employ the firm of Epiq Systems, Inc. as notice, claims, and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Epiq Systems, Inc.;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

## II. Further Actions and Prior Actions

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all members of the Board of

3

Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and

### III. Subsidiary Actions

RESOLVED FURTHER, that the Authorized Officers be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, including without limitation the authorization of resolutions and agreements as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

\* \* \* \* \*

# **CERTIFICATE**

The undersigned hereby certifies with respect to Petroflow Energy Ltd. (the "Company"), an Alberta corporation, as follows:

1. I am a duly qualified and current director of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true, complete, and correct copy of the Minutes to the Board of Directors Meeting held on May 25, 2010, accompanied by resolutions of the Board of Directors, duly adopted at a properly convened meeting of the Board of Directors on or about the date hereof, by the members constituting a majority of the votes of the quorum of the directors there present, in accordance with the bylaws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof. There exists no other subsequent resolution of the Board of Directors of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 25th day of May, 2010.

By: Richard Menchaca
Its: Director

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PETROFLOW ENERGY LTD. | Case No. 10-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| N/A[1] | N/A |

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard Menchaca, the undersigned authorized officer of Petroflow Energy Ltd., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.

Dated: August 20, 2010

                                                                       */s/ Richard Menchaca*
                                                                       Richard Menchaca
                                                                       Chief Executive Officer

---

[1] Petroflow Energy Ltd. is not owned by any corporate entity that directly or indirectly controls 10% or more of its equity interests.

K&E 17546574.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PETROFLOW ENERGY LTD. | ) | Case No. 10-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Petroflow Energy Ltd. | Steven J. Ibbotson | c/o FBC<br>150 3015- 5th Ave N.E.<br>Calgary, Alberta T2A 6T8<br>Canada | 17.93% |
| Petroflow Energy Ltd. | Gary J. Ibbotson | c/o FBC<br>150 3015- 5th Ave N.E.<br>Calgary, Alberta T2A 6T8<br>Canada | 9.87% |
| Petroflow Energy Ltd. | Macon Resources Ltd. | Mcleod Trail South<br>Calgary, Alberta T2J 6A5<br>Canada | 9.06% |
| Petroflow Energy Ltd. | Serendipitous Return Investment Corporation | Doreen Richards<br>404 602 11th Avenue S.W.<br>Calgary, Alberta T2R 1J8<br>Canada | 7.03% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard Menchaca, the undersigned authorized officer of Petroflow Energy Ltd., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: August 20, 2010                     */s/ Richard Menchaca*
                                           Richard Menchaca
                                           Chief Executive Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PETROFLOW ENERGY LTD. | ) | Case No. 10-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS
## HOLDING THE TOP 10 LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the list of the Debtor's creditors holding the 10 largest unsecured claims (the "Creditor List")[1] based on the Debtors' books and records as of approximately August 19, 2010. The Creditor List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the chapter 11 case. The Creditor List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 10 largest unsecured claims. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

---

[1] In accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure the debtor shall file a list containing the name, address and claim of the creditors that hold the 20 largest unsecured claims, Petroflow Energy Ltd. has provided a list of its known unsecured creditors, which it believes to be comprehensive, and only numbers ten creditors.

K&E 17554143.1

| (1)<br>Name of Creditor | (2)<br>Creditor Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security)[2] |
|---|---|---|---|---|
| 1 ERCB (Energy Resources Conservation Board) | ERCB (Energy Resources Conservation Board)<br>640 – 5th Avenue SW<br>Calgary AB T2P 3G4<br>CANADA<br>Phone: 403-297-8311<br>Fax: 403-297-7336 | Trade Debt | Contingent, Unliquidated, Disputed | $80,473.36 |
| 2 Estancia Investments | Estancia Investments<br>450, 707 – 7th Avenue SW<br>Calgary AB T2P 3H6<br>CANADA<br>Phone: 403-262-4381<br>Fax: 403-262-5228 | Trade Debt | Contingent, Unliquidated, Disputed | $65,640.66 |
| 3 Bowne of Canada, Ltd. | Bowne<br>300 – 5th Avenue SW, Suite 1250<br>Calgary AB T2P 3C4<br>CANADA<br>Phone: 403-221-9400<br>Fax: 403-221-9416 | Trade Debt | Contingent, Unliquidated, Disputed | $57,446.60 |
| 4 Gowlings Lafleur Henderson LLP | Gowlings Lafleur Henderson LLP<br>1400 Scotia Centre<br>700, 2nd Street S.W.<br>Calgary AB T2P 4V5<br>CANADA<br>Phone: 403-298-1000<br>Fax: 403-263-9193 | Trade Debt | Contingent, Unliquidated, Disputed | $57,397.91 |

---

[2] Amounts in column (5) are in U.S. currency. Amounts that were originally asserted in Canadian currency are converted to U.S. currency using the exchange rate as of August 19, 2010.

|  (1)<br>Name of Creditor | (2)<br>Creditor Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security)[2] |
|---|---|---|---|---|
| 5 Fasken Martineau Dumoulin LLP | Fasken Martineau Dumoulin LLP<br>Suite 4200,Toronto Dominion Bank Tower<br>Box 20, Toronto-Dominion Centre<br>Toronto, ON M5K 1N6<br>CANADA<br>Phone: 416-366-8381<br>Fax: 416-364-7813<br><br>or<br><br>Fasken Martineau Dumoulin LLP<br>C/O Octagon Capital Corp<br>Octagon Capital Corp<br>Attn: Carlene Garrison<br>Attn: John Palumbi<br>181 University Avenue, Suite 400<br>Toronto, ON M5H 3M7<br>CANADA<br>Phone: 416-306-2559<br>Fax: 416-368-6010 | Trade Debt | Contingent, Unliquidated, Disputed | $17,839.03 |
| 6 Edgar Online, Inc. | Edgar Online, Inc.<br>88747 Expedite Way<br>Chicago IL 60695<br>USA<br>Phone: 203-852-5666<br>Fax: 203-852-5667 | Trade Debt | Contingent, Unliquidated, Disputed | $5,575.00 |
| 7 PricewaterhouseCoopers | PricewaterhouseCoopers<br>111 5th Avenue SW, Suite 3100<br>Petro-Canada Centre<br>Calgary AB T2P DL3<br>CANADA<br>Phone: 403-509-7500<br>Fax: 403-781-1825 | Trade Debt | Contingent, Unliquidated, Disputed | $5,214.40 |
| 8 Valiant Trust Company | Valiant Trust Company<br>310, 606 – 4th Street SW<br>Calgary AB T2P 1T1<br>CANADA<br>Phone: 403-233-2801<br>Fax:403-233-285 | Trade Debt | Contingent, Unliquidated, Disputed | $3,544.29 |

|  | (1) Name of Creditor | (2) Creditor Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security)[2] |
|---|---|---|---|---|---|
| 9 | Public Company Accounting Oversight Board | Public Company Accounting Oversight Board<br>P.O. Box 631116<br>Baltimore MD 21263-1116<br>USA<br>Phone: 866-606-3982<br>Fax: 877-379-0491 | Trade Debt | Contingent, Unliquidated, Disputed | $301.50 |
| 10 | Financial Accounting Standards Board | Financial Accounting Standards Board<br>P.O. Box 630420<br>Baltimore MD 21263-0420<br>USA<br>Phone: 866-606-3982<br>Fax: 877-379-0491 | Trade Debt | Contingent, Unliquidated, Disputed | $100.50 |

# DECLARATION UNDER PENALTY
# OF PERJURY ON BEHALF OF CORPORATION

      Pursuant to 28 U.S.C. § 1746, I, Richard Menchaca, the duly qualified and elected Chief Executive Officer of Petroflow Energy Ltd., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 10 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.


Dated: August 20, 2010                          */s/ Richard Menchaca*
                                                       Richard Menchaca
                                                       Chief Executive Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PETROFLOW ENERGY LTD. | ) | Case No. 10-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS

The Debtor filed a petition in this Court on August 20, 2010, and its debtor affiliates set forth on Rider 1 attached to the petition (collectively, the "First Filed Debtors") each filed a petition in this Court on May 25, 2010, for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the First Filed Debtors voluntary petitions, the First Filed Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Contemporaneously with the filing of the Debtor's voluntary petition, the Debtor and the First Filed Debtors hereby file a single consolidated list of creditors (the "Amended and Restated Creditor List"). Due to its voluminous nature, the Amended and Restated Creditor List is being submitted to the Court electronically.

[information provided in electronic format]

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard Menchaca, the undersigned authorized officer of Petroflow Energy Ltd., the debtor in this case, declare under penalty of perjury that I have reviewed the Consolidated Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 20, 2010

*/s/ Richard Menchaca*
Richard Menchaca
Chief Executive Officer